**CLAIRE D. LAMOUREUX v. AMEDEE J. LAMOUREUX, et al.**

28 So. (2nd) 336           June Term, 1946
December 13, 1946           Division A

*Lilburn R. Riley* and *George E. McCaskill,* for appellant.
*Thomas H. Anderson,* for appellees.

352

PER CURIAM:

Petition for attorneys fees to be paid to appellant's attorneys by appellee, is denied without prejudice to renew application when cause is submitted here on the merits.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.